

| | |
|---|---|
| **Office of the New York State**<br>**Attorney General** | **Letitia James**<br>**Attorney General** |

**BY ECF**

November 19, 2025

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

                Re: <u>Williams v. Bonano et. al.</u>, 24 Civ. 1586 (KMK)(REK)

Dear Judge Karas:

       This Office represents the Defendants in this action brought by pro se incarcerated individual Willie Williams. We write to respectfully request that Defendants be allowed until December 18, 2025 to respond to Plaintiff's recently amended complaint. We calculate that the current deadline is November 21, 2025. The reason for this request is that Plaintiff has attached a significant number of documents to his amended pleading and the pleading appears to expand the scope of the factual allegations, all of which will require additional review and investigation. This is the first request for an extension of the instant deadline. Plaintiff's consent has not been obtained because he is incarcerated and I will not be able to speak with him before the upcoming November 21 deadline.

       We thank the Court for its consideration.

Granted. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered
11/19/25

Respectfully submitted,

/s/ *Jeb Harben*
Jeb Harben
Assistant Attorney General
(212) 416-6185
jeb.harben@ag.ny.gov

cc:    Plaintiff Pro Se (By Mail)

Litigation Bureau | 28 Liberty Street, New York NY 10005
212-416-8610 | ag.ny.gov