**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

WILLIE WILLIAMS,

Plaintiff,

-against-

SERGEANT BONANO, et al.,

Defendants.

-------------------------------------------------------------X

24 **CIVIL** 1586 (KMK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 11, 2026, the Court has granted Defendants' Motion. Because Plaintiff has already twice amended the Complaint, and because the Court's prior Opinion and Defendants' pre-motion letter put Plaintiff on notice of the deficiencies in the Second Amended Complaint, this dismissal of Plaintiff's § 1983 claims is with prejudice and the Court does not grant Plaintiff further leave to amend; accordingly, the case is closed.

**Dated:** New York, New York

September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**